# EXHIBIT B

PRIVACY AND RECORDS MANAGEMENT OFFICE

UNITED STATES
POSTAL SERVICE

July 28, 2026

Via Email: dkronig@campaignlegalcenter.org

David Kronig
Campaign Legal Center
1101 14th St NW
Suite 400
Washington, DC 20005

RE: FOIA Case No. 2026-FPRO-02897

Dear Mr. Kronig:

This responds to your Freedom of Information Act (FOIA) request dated July 8, 2026, in which you seek access to Postal Service records. Specifically, you requested:

1. All comments submitted to the Postal Service regarding or in response to the Notice of Proposed Rulemaking published in the Federal Register on June 2, 2026, entitled “Ballot Mail for Federal Elections.” *See* Ballot Mail for Federal Elections, 91 Fed. Reg. 32915 (June 2, 2026) (to be codified at 39 C.F.R. pt. 111).

   Please provide all records from May 28, 2026, through July 3, 2026.

Under the FOIA, a federal government agency shall determine within **twenty (20) working days** (i.e. Monday through Friday, excepting legal public holidays) after the receipt of any proper request whether to comply and shall immediately notify the requester of any final determination(s), reasons of said determination(s), or any potential “unusual circumstances” that may prevent a final determination within the allotted twenty (20) day timeframe. 5 U.S.C. §552(a).

Based on the information provided by you, the agency official having jurisdiction over the subject matter of your request is the Vice President, Product Solutions, 475 L’Enfant Plaza, SW, Room 3660, Washington, DC 20260-0911.

I have forwarded your request to that office for action and direct response to you. You may contact Rich Firestone, Strategic Project Specialist, at (810) 454-6412 with any questions.

Sincerely,

Coletta Hughes

Coletta Hughes
Senior, Government Information Specialist

cc: Rich Firestone