**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CAMPAIGN LEGAL CENTER,<br>Plaintiff,<br>v.<br>UNITED STATES POSTAL SERVICE,<br>Defendant. | Civil Action No. 26-2875 (CKK) |

**ORDER**
(September 18, 2026)

This Freedom of Information Act case comes before the Court upon the filing of the Defendant's [11] Answer to the Plaintiff's [1] Complaint. Upon consideration of this filing, it is hereby

**ORDERED** that the parties shall **MEET AND CONFER** and file a Joint Status Report proposing a schedule for proceeding in this matter. This report should address the status of the Plaintiff's FOIA request, the anticipated number of documents responsive to the Plaintiff's FOIA request, the anticipated date(s) for release of the documents requested by Plaintiff, whether a motion for an *Open America* stay is likely in this case, whether a *Vaughn* index will be required in this case, and any other matters necessary to bring to the Court's attention. The parties shall file this report on or before **November 20, 2026**.

**SO ORDERED.**

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge